**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-1161**

LEO LIONEL PAYNE,

                Plaintiff - Appellant,

      v.

JESSECA MANGUM, Prosecuting Attorney, in their individual capacity and in their official capacity; REINOLD MARK ADAMS, Police Officer, in their individual capacity and in their official capacity; COLUMBIA, CITY OF,

                Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Columbia.  J. Michelle Childs, District Judge.  (3:16-cv-03792-JMC)

Submitted:  May 24, 2018                          Decided:  May 29, 2018

Before NIEMEYER, MOTZ, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Leo Lionel Payne, Appellant Pro Se.  David Leon Morrison, MORRISON LAW FIRM, LLC, Columbia, South Carolina; Dana Marie Thye, OFFICE OF THE CITY ATTORNEY, Columbia, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Leo Lionel Payne appeals the district court's orders accepting the recommendations of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Payne v. Mangum*, No. 3:16-cv-03792-JMC (D.S.C. Jan. 30 & Jan. 31, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*